Decided December 14, 2005

## DREW FRIEDMAN ET AL. *v.* IRWIN DONENFELD

The plaintiffs' petition for certification for appeal from the Appellate Court, 92 Conn. App. 33 (AC 25369), is denied.

*Hale C. Sargent,* in support of the petition.

*John B. Farley, Lawrence P. Weisman* and *Ralph S. Loew,* in opposition.

Decided December 14, 2005

## TRACY FISHER *v.* COMMISSIONER OF CORRECTION

The petitioner Tracy Fisher's petition for certification for appeal from the Appellate Court, 92 Conn. App. 141 (AC 25494), is denied.

*Robert E. Byron,* special public defender, in support of the petition.

*Elizabeth M. Moseley,* special deputy assistant state's attorney, in opposition.

Decided December 14, 2005